IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RACHEL SAWA and PHILLIP PRESNELL,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign insurer<br><br>Defendant. | No. 2:24−cv−01759−JCC<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO CORRECT THE CASE CAPTION; IDENTIFY TRUE NAME OF PARTIES |

The Parties having so stipulated and good cause appearing, IT IS HEREBY ORDERED that the docket be corrected to reflect that the true name of Plaintiff "PHILLIP PRESNELL" shall be corrected as "PHILIP PRESNELL". The Court DIRECTS the Clerk of the Court to correct the docket to reflect the Plaintiff's true name.

Dated this 17th day of January 2025.

_[signature]_

Honorable John C. Coughenour

[PROPOSED] ORDER GRANTING STIPULATION
TO CORRECT THE CASE CAPTION; IDENTIFY TRUE
NAME OF PARTIES – 1

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1  Presented by:
   LETHER LAW GROUP

2

    *s/ Thomas Lether*
3  Thomas Lether, WSBA #18089
    *s/ Matthew Allinder*
4  Matthew Allinder, WSBA #61509
   1848 Westlake Avenue N, Suite 100
5  Seattle, WA 98109
   P: (206) 467-5444/F: (206) 467-5544
6  tlether@letherlaw.com
   mallinder@letherlaw.com
7  *Counsel for Plaintiffs Rachel Sawa and Philip Presnell*

8  *s/ Ryan Hesselgesser*
   Ryan Hesselgesser, WSBA #40720
9  401 Union Street, Suite 1400
   Seattle, WA 98101
10 P: (206) 689-8500/F: (206) 689-8501
   rhesselgesser@forum.law
11 arobinson@forum.law
   *Counsel for Defendant State Farm Fire and Casualty Company*

12

13

14

15

16

17

18

19

20

21

22

23
[PROPOSED] ORDER GRANTING STIPULATION
TO CORRECT THE CASE CAPTION; IDENTIFY TRUE
NAME OF PARTIES – 2

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544